

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2013

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

STEVEN M. SILVERBERG
Assistant Corporation Counsel
E-mail: ssilverb@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 788-9776

August 28, 2013

BY E-MAIL
Honorable Sarah Netburn
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Netburn_NYSDChambers@nysd.uscourts.gov

Re:   Robert Floyd v. City of New York, et al., 12 Civ. 8135 (JPO)(SN)

Your Honor:

      I am an Assistan t Corporation Counsel in the office of Michael A. C ardozo, Corporation Counsel of the City of New York, representing de fendants in the above-referenced matter.  I write with the consent of plaintiff's counsel to respectfully request an extension of time from September 9, 2013 until Septem ber 23, 2013 for th e parties to file thei r letter regarding a proposed schedule for depositions in this matter. The reason for this request is that this case was reassigned to m e today and I will be out of the country on a previous ly-scheduled vacation starting tomorrow August 29, 2013 until September 9, 2013.  Upon my return, I will need t o review the file and ascertain defendants' availability for depositions.  At that point, I will be in a position to confer with opposing counsel to determine a schedule for depositions in this matter.

      Therefore, in light of the above, def endants respectfully requ est an extension of time to file the status report regarding a deposition schedule in this matter until September 23, 2013.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/

Steven M. Silverberg
Assistant Corporation Counsel
Special Federal Litigation Division

cc:     BY E-MAIL
        Darius Wadia, Esq.
        *Attorney for plaintiff*

---

Counsel's request for an extension of time to file the status report is GRANTED. By
September 23, 2013, counsel is directed to submit a proposed deposition schedule to complete
all discovery by October 31, 2013.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

New York, New York
August 29, 2013