# DARIUS WADIA
## ATTORNEY AT LAW
─────

**DARIUS WADIA, L.L.C.**  **TELEPHONE: (212) 233-1212**
**THE WOOLWORTH BUILDING**  **FACSIMILE: (212) 571-9149**
**233 BROADWAY, SUITE 2208**  dwadia@wadialaw.com
**NEW YORK, NEW YORK 10279**

May 27, 2014

<u>VIA ECF</u>
The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:    Robert Floyd v. The City of New York, et al.
                12 Civ. 8135 (JPO) (RLE)

Your Honor:

      I represent plaintiff Robert Floyd in the above-captioned matter.  I am writing to inform the Court that Assistant Corporation Counsel Steven M. Silverberg, attorney for the defendants, and I have reached a settlement in this case on behalf of our cleints.  It is respectfully suggest that this would obviate the need for the Court to decide the defendants' pending Motion for Summary Judgment and the plaintiff's pending letter/motion for an extension of time to respond thereto.

      A Stipulation and Order of Dismissal will be prepared by the defendants, executed by counsel and forwarded to the Court shortly for approval.

      Thank you for your consideration in this matter.  Please do not hesitate to contact me should you have any questions.

                Respectfully submitted,

                /s/

                Darius Wadia

Copy (via ECF):  Assistant Corporation Counsel Steven M. Silverberg